| | |
|---|---|
| Joseph W. Rose, State Bar No. 232261<br>joe@joeroselaw.com<br>Mehran Tahoori, State Bar No. 283313<br>mehran@joeroselaw.com<br>**ROSE LAW, APC**<br>11335 Gold Express Drive, Suite 135<br>Gold River, California 95670<br>Telephone: (916) 273-1260<br>Facsimile: (916) 290-0148<br>Email: legalteam@joeroselaw.com<br><br>Attorneys for Plaintiffs<br>KIM ROUSH, SHEILA EMMERLING, and<br>CINDY HENDERSON, individually and on<br>behalf of all other similarly situated | Howard A. Sagaser, State Bar No. 72492<br>Ian B. Wieland, State Bar No. 285721<br>David G. Litman, State Bar No. 285768<br>**SAGASER, WATKINS & WIELAND, PC**<br>5260 North Palm Avenue, Suite 400<br>Fresno, CA 93704<br>Telephone: (559) 421-7000<br>Facsimile: (559) 473-1483<br><br>Attorneys for Defendants<br>MSI INVENTORY SERVICE CORPORATION,<br>I-FRAN, INC. JAMES O' MCCLAIN, AND<br>SANDRA B. MCCLAIN |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ROUSH, SHEILA EMMERLING, and CINDY HENDERSON, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>*v.*<br><br>MSI INVENTORY SERVICE CORPORATION, I-FRAN, INC., JAMES O. MCCLAIN, SANDRA B. MCCLAIN, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:17−CV−01010−JAM−KJN<br><br>**STIPULATED AMENDMENT TO SCHEDULING ORDER AND ORDER**<br><br>ACTION FILED: May 13, 2017<br>JUDGE: Hon. John A. Mendez |

Plaintiffs and Defendants (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on January 13, 2018, this Court entered a scheduling order (Dkt 9) providing for a discovery completion deadline of March 15, 2019, an expert disclosure deadline of January 4, 2019, a supplemental expert disclosure deadline of January 31, 2019, among other dates;

///

WHEREAS, the Parties have agreed to temporarily postpone formal discovery to concentrate resources on ongoing settlement discussions;

WHEREAS, the Parties are currently engaged in settlement discussions, are scheduled to participate in private mediation on December 12, 2018, and wish to amend the Court's scheduling order to allow additional time for concentrated settlement discussions;

WHEREAS, the Parties agree to report to the Court regarding the status of the matter and settlement discussions within approximately three months;

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. The January 13, 2018, scheduling order (Dkt 9) is vacated pending the Parties' settlement discussions; and

2. The Parties will file a Joint Status Report on or before March 11, 2019, regarding the status of settlement discussions and a proposed amendment to the scheduling order.

**IT IS SO STIPULATED.**

Dated: December 9, 2018    SAGASER, WATKINS & WIELAND, PC

By: */s/ Ian B. Wieland as auth. on 12/09/2018*
      Ian B. Wieland

Attorneys for Defendants

Dated: December 9, 2018    ROSE LAW, A PROF. CORP.

By: */s/ Joseph W. Rose*
      Joseph W. Rose

Attorneys for Plaintiff

**IT IS SO ORDERED**

Dated: 12/10/2018    /s/ John A. Mendez
                     United States District Court Judge

ROSE LAW, APC
11335 GOLD EXPRESS DRIVE, SUITE 135
GOLD RIVER, CALIFORNIA 95670